IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TERRI C. FOSTER**                                                                      **PLAINTIFF**

**v.**                      **Case No. 4:12-cv-00759-KGB**

**CAROLYN W. COLVIN, Acting Commissioner,**                 **DEFENDANT**
**Social Security Administration**

## **JUDGMENT**

Pursuant to the order entered in this case on this date, the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff Terri C. Foster's application for disability income benefits is affirmed. Judgment is entered in favor of the Acting Commissioner. This case is dismissed with prejudice.

It is so ordered this 31st day of March, 2014.

*/s/ Kristine G. Baker*
_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE